IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ☽ m D.C.

05 NOV 23 PM 1: 52

THOMAS M. GOULD
CLERK U.S DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.

Cr. No. 2:05-20360-Ml

WILLIAM CHADWICK HAMES A/K/A
ROBERT KEVIN BROWN

### ORDER SPECIFYING PERIOD OF
### DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The defendant notified the Court that he is unable to retain counsel in this matter. After questioning the defendant regarding his financial status, the court appointed the Federal Defender's Office to represent the defendant. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), the court may grant the defendant a period of excludable delay to serve the ends of justice, while the defendant was unrepresented by counsel..

IT IS THEREFORE ORDERED that the time period of November 23, 2005 through November 30, 2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case.

**ARRAIGNMENT IS RESET TO WEDNESDAY, November 30, 2005 at 9:30 a.m.**

**BEFORE MAGISTRATE JUDGE ANDERSON.**

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

DATE: November 23, 2005

This document entered on the docket sheet in compliance

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-28-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20360 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT