IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY JPW D.C.

05 DEC 20 PM 2: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 05 - 20360 Ml |
| William Chadwick Hames | ) | (60-Day Continuance) |
| Defendant(s). | ) | |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the January, 2006 criminal rotation calendar, but is now RESET for report at <u>9:00 a.m. on Friday, February 24, 2006</u>, with trial to take place on the March, 2006 rotation calendar with the time excluded under the Speedy Trial Act through March 17, 2006. Agreed in open court at report date this 20th ay of December, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-21-05

19

SO ORDERED this 20th day of December, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Thomas A. Colthurst
Assistant United States Attorney

Pamela B Hamrin
_____

_____

_____

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20360 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT